| | | |
|---|---|---|
| Masciello v Incorporated Vil. of Lloyd Harbor | 2d Dept: 140 AD3d 834 | denied |
| Masullo, Matter of, v City of Mount Vernon | 2d Dept: 141 AD3d 95 | denied |
| People v Finocchiaro | 4th Dept: 140 AD3d 1676 | denied* |
| People v Whitaker | 1st Dept: 140 AD3d 578 | denied* |
| Sand Land Corp., Matter of, v Zoning Bd. of Appeals of Town of Southampton | 2d Dept: 137 AD3d 1289 | denied |
| Schaffer v Jaskowiak | 4th Dept: 140 AD3d 1748 | denied |
| Schneider, Matter of, v Schuyler County | 3d Dept: 140 AD3d 1373 | denied |
| Schottland v Brown Harris Stevens Brooklyn, LLC | 2d Dept: 137 AD3d 997 | denied |
| Sitomer v Goldweber Epstein, LLP | 1st Dept: 139 AD3d 642 | denied |
| Wigdor v SoulCycle, LLC | 1st Dept: 139 AD3d 613 | denied |

## Decided November 1, 2016

| | | |
|---|---|---|
| Blake T.L., Matter of (Robert L.) | 2d Dept: 141 AD3d 525 (Proceeding No. 1) | denied* |
| Blumenthal v Bronx Equestrian Ctr., Inc. | 1st Dept: 137 AD3d 432 | denied |
| Bookman, Matter of, v Annucci | 3d Dept: 141 AD3d 1060 | denied* |
| Caetano, Matter of, v DiNapoli | 3d Dept: 140 AD3d 1579 | denied |
| Clarke v Verizon N.Y., Inc. | 1st Dept: 138 AD3d 505 | denied |
| Clifford v County of Rockland | 2d Dept: 140 AD3d 1108 | denied |
| DeJesus v CEC Entertainment, Inc. | 4th Dept: 138 AD3d 1390 | denied |
| Excelsior Capital LLC v K&L Gates LLP | 1st Dept: 138 AD3d 492 | denied |
| Finn, Matter of, v City of New York | 1st Dept: 141 AD3d 436 | denied |
| Frankie L., Matter of (Dustin L.) | 2d Dept: 141 AD3d 657 (Proceeding No. 1) | denied |
| Frankie L., Matter of (Talia G.) | 2d Dept: 141 AD3d 657 (Proceeding No. 1) | denied* |
| Gavin G., Matter of (Dustin L.) | 2d Dept: 141 AD3d 657 (Proceeding No. 3) | denied |
| Gavin G., Matter of (Talia G.) | 2d Dept: 141 AD3d 657 (Proceeding No. 3) | denied* |

* Motion for poor person relief dismissed as academic or denied.